**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **CARLTON MARBURY,** | ) | |
| | ) | **CASE NO. 1:09cv407** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE GREG WHITE** |
| | ) | |
| **TIM HICKS, JR., et al.,** | ) | **JUDGMENT ENTRY** |
| | ) | |
| **Defendants.** | ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Defendants' Motion for Summary Judgment as to C/O Hicks, C/O Claytor, and Lt. Shaw regarding the June 30, 2008, incident is granted. (Doc. No. 84.) The Court denies Marbury's summary judgment motions. (Doc. Nos. 60, 67.)

IT IS SO ORDERED.

s/ Greg White<br>United States Magistrate Judge

Date: August 5, 2010