**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **CARLTON MARBURY,** | ) | **CASE NO. 1:09CV407** |
| **Plaintiff,** | ) | |
| | ) | **MAGISTRATE JUDGE GREG WHITE** |
| **v.** | ) | |
| | ) | |
| **TIM HICKS, JR., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | **JUDGMENT ENTRY** |

  Consistent with the Memorandum Opinion and Order of this Court also filed this date, the Court grants Defendant's Motion for Summary Judgment as to C/O Windom regarding the September 24, 2008, incident. (Doc. No. 136.) The Court denies Marbury's summary judgment motion. (Doc. No. 140.) Accordingly, the case is hereby dismissed.

  IT IS SO ORDERED.

                 s/ Greg White
                 United States Magistrate Judge

Date: November 3, 2010